■ In the Matter of GRACE NATIONAL BANK OF NEW YORK, Respondent. MICHAEL P. GRACE, II, as a Member of the Committee of the Property of JANET M. GRACE, an Incompetent, Appellant; REAL PROPERTY OWNERS, INC., Intervenor-Respondent.— In a proceeding to dispose of an interest of an incompetent person in real property, an order approving a contract of sale was affirmed by the Court of Appeals (*Matter of Grace*, 2 N Y 2d 822). The present appeals are from an order dated March 5, 1957, which, *inter alia*, grants respondent's motion to fix a time and place for delivery of a deed of the incompetent's interest in the real property, and from an order dated May 3, 1957, which denies appellant's motion for determination of the form and content of said deed. Orders affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the INCORPORATED VILLAGE OF GARDEN CITY, NASSAU COUNTY, Appellant, Relative to Acquiring Title to Real Property for Parking Field No. 14. LOUIS GOODGOLD et al., Appellants; LORNA T. FOWLER et al., Respondents.— In a proceeding to condemn real property pursuant to article 14 of the Village Law, the Incorporated Village of Garden City and the owners of various damage and assessment parcels appeal from those portions of the final decree which adversely affect them. Final decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.